ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 FEB 27 PM 12: 09

CLERK _____
SO. DIST. OF GA.

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| WARREN SKILLERN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 606-007 |
| ) | |
| CHARLES P. ROSE, Judge, ) | |
| ) | |
| Respondent. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion to proceed *in forma pauperis* is **DENIED**, his petition is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 27 day of February, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT